AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   2:23-mj-132
Dylan POLK, Corrections Center of NW Ohio, Ohio )
Jail located at 3151 Co Rd 2425, Stryker, Oh, 43557 )
and/or 120 Marconi Blvd, Columbus, Oh, 43215 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the __Northern/ Souther__ District of __Ohio__ *(identify the person or describe property to be searched and give its location):* Dylan POLK, M/B, 6'1", 230 pounds, DOB: 07/23/1992, SSN: XXX-XX-0397, FBI # 193204MD8 who is currently incacerated at Corrections Center of NW Ohio, Ohio Jail located at 3151 Co Rd 2425, Stryker, Ohio, 43557.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* Saliva, and or topical or oral skin cells, to be obtained by means of an oral swab.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __18__ U.S.C. § __922(g)(1)__, and the application is based on these facts: See attached

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jeffrey Kasza, ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

Date: 3/1/2023

City and state: Columbus, Ohio

Judge Vascura, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Jeffrey Kasza, Task Force Officer (TFO), with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state the following:

## INTRODUCTION

1. I am currently employed as a police officer by the Columbus Police Department and have been with the department since 2004. As part of my duties, I am also currently assigned as a Task Force Officer (TFO) with ATF. My responsibilities as a TFO include the investigation of violent criminal street gangs, narcotics traffickers, money launderers, and firearm related crimes. I have participated in the execution of search warrants and arrests related to the above-referenced offenses.

2. I make this affidavit in support of an application for a warrant to search and obtain a Deoxyribonucleic Acid (DNA) sample from the person of **Dylan Dominique POLK** (DOB 07/23/1992), FBI # 193204MD8 and SSN # XXX-XX-0397), who is currently an inmate in the custody of the Corrections Center of NW Ohio, Jail. As set forth in this affidavit, this DNA sample may constitute evidence of violations of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (felon in possession of a firearm.

3. This affidavit is intended to show that there is sufficient probable cause for the above-described search warrant and does not purport to set forth all my knowledge of, or investigation into, this matter. The facts and information contained in this affidavit are based on my personal knowledge, my training and experience, my interviews of various witnesses, including law enforcement personnel who participated in the investigation, and my review of certain records and documents.

4. On September 27, 2022, TFO Kasza presented United States Magistrate Judge Chelsey M. Vascura with a federal document search warrant for the address of 4206 SORREN COURT.

5. On September 28, 2022, United States Magistrate Judge Chelsey M. Vascura found probable cause and signed the search warrant that was presented by TFO Kasza.

6. On October 3, 2022, at approximately 10:00 am, ATF TFOs, ATF SAs and CPD Officers executed the federal search warrant at 4206 SORREN COURT, Case number 2:22-mj-645.

7. ATF SAs approached 4206 SORREN COURT and SA Petit knocked and announced their presence multiple times. Eventually, SAs were met at the front door by Dylan POLK who was removed from the home and detained. POLK was found to be the only occupant inside of 4206 SORREN COURT.

8. During the initial search of the apartment, investigators located narcotics and firearms. TFO Kasza drafted a second search warrant for the location.

9. On October 3, 2022, at approximately 12:31 pm, TFO Kasza presented United States Magistrate Judge Kimberly A. Jolson with a federal search warrant for the address of 4206 SORREN COURT.

10. At approximately 1:30 pm, United States Magistrate Judge Kimberly A. Jolson found probable cause and signed the search warrant that was presented by TFO Kasza.

11. On October 3, 2022, at approximately 2:00 pm, ATF TFOs, ATF SAs and CPD Officers executed the federal search warrant at 4206 SORREN COURT, Case number 2:22-mj-657.

12. Investigators searched and recovered the below listed firearms from 4206 SORREN COURT:

    - Glock 30, .45 caliber (with auto sear) machinegun, SN: WAN901
    - Glock 23, .40 caliber pistol, SN: BLTX371
    - Beretta PX4 Storm, .40 caliber pistol, SN: PZ508891
    - Kimber, Rapide, 9mm pistol, SN: KF129537
    - Sig Saur, SIG M400, .556 rifle, SN: 20J012241
    - Glock 27, .40 caliber pistol, SN: BNTE412

13. POLK is prohibited from possessing firearms due to the following convictions:

    - 15 CR 2768- Failure to Comply with an Order or Signal of a Police Officer, in violation of R.C. 2921.331, a Felony of the Third Degree, and Possession of Heroin without Major Drug Offender Specification, in violation of R.C. 2925.11, a Felony of the First Degree, Franklin County, Ohio Common Pleas Court.

14. Investigators swabbed each of the recovered firearms for cellular material (DNA). Investigators placed on fresh gloves prior to collecting DNA from each firearm and magazine. The swabs were placed in separate envelopes and sealed with evidence tape. The collected DNA swabs were submitted as evidence to the ATF Vault located in the Columbus ATF field office. To determine if POLK is a contributor of any DNA recovered, investigators need a sample DNA swab from POLK. If DNA profiles are recovered from these swabs, a reference standard from POLK is needed for comparison.

15. Based on the foregoing, I believe that there is probable cause to issue a search warrant and obtain a Deoxyribonucleic Acid (DNA) sample from the person of Dylan POLK, as this DNA sample may constitute evidence of violations of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (felon

2

in possession of a firearm). Therefore, I request that the Court allow me and/or other authorized law enforcement officers to take a cotton swab and place it inside the mouth of POLK, rubbing the inside of his cheek to obtain cellular material—this method allows officers to obtain saliva, and or topical or oral skin cells, by means of an oral swab. Based on my training and experience, I know that this procedure is quick, painless and involves minimal intrusion into the body. This warrant also permits authority to execute the search warrant with force if necessary.

FURTHER AFFIANT SAYETH NAUGHT.

Jeffrey Kasza, Task Force Officer
Bureau of Alcohol, Tobacco, Firearm & Explosives

Subscribed to and sworn before me this day on \_\_\_\_ March 1 of 2023.

UNITED STATES MAGISTRATE JUDGE VASCURA